```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    11Cr768 (DLC)
UNITED STATES OF AMERICA,               :
                                        :         ORDER
            -v-                         :
                                        :
JOHN McKINNON,                          :
                        Defendant.      :
                                        :
----------------------------------------X
DENISE COTE, District Judge:
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2019

For the reasons set forth on the record on May 2, 2019, it is hereby

ORDERED that the defendant, John McKinnon, USM #65135-054, is remanded to the custody of the United States Marshal's Service.

Dated:   New York, New York
         May 2, 2019

                              _____
                                      DENISE COTE
                              United States District Judge